IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MATTHEW GRAHAM STAFFORD                                              PLAINTIFF

V.                                   1:06CV00055-JFF

MICHEAL J. ASTRUE,                                                   DEFENDANT
Commissioner, Social
Security Administration

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 21st day of March, 2008.

_____
UNITED STATES MAGISTRATE JUDGE